UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700

Attorneys for M&T Bank

Case No: 23-11930 MBK

Chapter: 13

Judge: Michael B. Kaplan

In Re:
Christopher Raymond Long

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 03/21/2023

/s/ *Denise Carlon*
Denise Carlon
21 Mar 2023, 15:09:51, EDT

**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106

FAX: (609) 385-2214
Attorney for Creditor

new 8/1/15

Document ID: ad26a289b00fa48a3c1783f47c445bc4f0c2b2f2a88141dfd708d20679be2896