Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11930−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Raymond Long
   435 19th Ave
   Brick, NJ 08724−2639

Social Security No.:
   xxx−xx−5251

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/14/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 14, 2023
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 23-11930-MBK
Christopher Raymond Long                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                           Page 1 of 2
Date Rcvd: Sep 14, 2023                        Form ID: 148                          Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher Raymond Long, 435 19th Ave, Brick, NJ 08724-2639 |
| 519857806 | | 05 Retro Fitness Wall Ocean, 43 County Road 537, Colts Neck, NJ 07722 |
| 519857807 | | 1st Crd Srvc, 9 Wills Way, Piscataway, NJ 08854-3770 |
| 519857812 | + | HSBC Card Services,, Dept 922, PO Box 4115, Concord, CA 94524-4115 |
| 519857818 | | Randi Zupko, 2199 Christine Ct, Point Pleasant Beach, NJ 08742-5115 |
| 519857819 | | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2747 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519857808 | | EDI: CAPITALONE.COM | Sep 15 2023 00:32:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519857809 | | EDI: CITICORP.COM | Sep 15 2023 00:32:00 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519857810 | | EDI: CITICORP.COM | Sep 15 2023 00:32:00 | Citibank, NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 519857811 | | EDI: CITICORP.COM | Sep 15 2023 00:32:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519857813 | | EDI: JPMORGANCHASE | Sep 15 2023 00:32:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519915269 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2023 20:51:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519857814 | | Email/Text: camanagement@mtb.com | Sep 14 2023 20:42:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519857815 | | Email/Text: camanagement@mtb.com | Sep 14 2023 20:42:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 519885157 | | Email/Text: camanagement@mtb.com | Sep 14 2023 20:42:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519857816 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2023 20:42:00 | Midland Funding, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519943439 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 14 2023 20:41:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519901648 | | EDI: PRA.COM | Sep 15 2023 00:32:00 | Portfolio Recovery Associates, LLC, c/o Capital |

| | | | | |
|---|---|---|---|---|
| | | | | One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519857817 | | EDI: PRA.COM | Sep 15 2023 00:32:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519857819 | | EDI: Q3GTBI | Sep 15 2023 00:32:00 | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 519908885 | + | EDI: AIS.COM | Sep 15 2023 00:32:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Christopher Raymond Long marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4