Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11930−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Raymond Long
   435 19th Ave
   Brick, NJ 08724−2639

Social Security No.:
   xxx−xx−5251

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

   Notice is hereby given that an order vacating dismissal of this case was entered on 1/3/24. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: January 3, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 23-11930-MBK

Christopher Raymond Long                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                   Page 1 of 2
Date Rcvd: Jan 03, 2024                Form ID: ntcrics                              Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID  |   | Recipient Name and Address |
|-----------|---|----------------------------|
| db        |   | Christopher Raymond Long, 435 19th Ave, Brick, NJ 08724-2639 |
| 519857806 |   | 05 Retro Fitness Wall Ocean, 43 County Road 537, Colts Neck, NJ 07722 |
| 519857807 |   | 1st Crd Srvc, 9 Wills Way, Piscataway, NJ 08854-3770 |
| 519857812 | + | HSBC Card Services,, Dept 922, PO Box 4115, Concord, CA 94524-4115 |
| 519857818 |   | Randi Zupko, 2199 Christine Ct, Point Pleasant Beach, NJ 08742-5115 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|-----------|---|----------------------------|-----------|----------------------------|
| smg       |   | Email/Text: usanj.njbankr@usdoj.gov | Jan 03 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg       | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 03 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519857808 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2024 20:55:26 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519857809 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 20:55:36 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519857810 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 21:06:38 | Citibank, NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 519857811 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 20:55:08 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519857813 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2024 20:55:09 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519915269 |   | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 21:06:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519857814 |   | Email/Text: camanagement@mtb.com | Jan 03 2024 20:48:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519857815 |   | Email/Text: camanagement@mtb.com | Jan 03 2024 20:48:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 519885157 |   | Email/Text: camanagement@mtb.com | Jan 03 2024 20:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519857816 |   | Email/Text: bankruptcydpt@mcmcg.com | Jan 03 2024 20:48:00 | Midland Funding, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519943439 |   | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 03 2024 20:47:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519901648 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2024 20:55:56 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 03, 2024 | Form ID: ntcrics | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 519857817 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | 23541 | |
| | | Jan 03 2024 20:55:36 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519857819 | Email/Text: bnc-thebureaus@quantum3group.com | Jan 03 2024 20:48:00 | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 519908885 | + Email/PDF: ebn_ais@aisinfo.com | Jan 03 2024 21:06:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Christopher Raymond Long marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4