| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-11930 / MBK**

Christopher Raymond Long

Petition Filed Date: 03/09/2023
341 Hearing Date: 04/20/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2023 | $350.00 | 91081670 | 05/02/2023 | $350.00 | 91446590 | 06/06/2023 | $350.00 | 92078860 |
| 07/06/2023 | $350.00 | 92598700 | 08/02/2023 | $350.00 | 93061510 | 09/08/2023 | $350.00 | 93700050 |
| 01/09/2024 | $3,500.00 | 578501 | | | | | | |

**Total Receipts for the Period:  $5,600.00    Amount Refunded to Debtor Since Filing:  $1,948.80   Total Receipts Since Filing: $5,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher Raymond Long | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq. | Attorney Fees | $1,250.00 | $0.00 | $1,250.00 |
| | | No Disbursements: No Check | | | |
| 1 | M&T BANK | Mortgage Arrears | $63,787.49 | $0.00 | $0.00 |
| | »»  P/435 19TH AVE/1ST MTG/ORDER 6/1/23 | | | | |
| 2 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $2,930.34 | $0.00 | $0.00 |
| | »»  CAPITAL ONE BANK | | | | |
| 3 | Verizon by American InfoSource as Agent | Unsecured Creditors | $61.28 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC | Unsecured Creditors | $1,365.25 | $0.00 | $0.00 |
| | »»  SHERMAN ACQUISITIONS II LP | | | | |
| 5 | Randi Zupko | Support Arrears | $13,421.88 | $0.00 | $0.00 |
| | | Hold Funds: Late Filed Claim | | | |
| 6 | NEW JERSEY TURNPIKE AUTHORITY | Unsecured Creditors | $474.39 | $0.00 | $0.00 |
| | »»  UNPAID TOLLS ADM CLAIMS | | | | |
| 0 | Christopher Raymond Long | Debtor Refund | $1,948.80 | $1,948.80 | $0.00 |

**Chapter 13 Case No. 23-11930 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,600.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $1,948.80 | Current Monthly Payment: | $350.00 |
| Paid to Trustee: | $441.70 | Arrearages: | $0.00 |
| Funds on Hand: | $3,209.50 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

