UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Christopher Raymond Long,

Debtor.

Case No.: 23-11930-MBK

Chapter: 13

Hearing Date: 04/10/2024

Judge: Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 435 19th Avenue, Brick, NJ (Docket # 36)

_____

Date: 04/09/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*