Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11930−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Raymond Long
   435 19th Ave
   Brick, NJ 08724−2639

Social Security No.:
   xxx−xx−5251

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 13, 2024.

Dated: June 14, 2024
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 23-11930-MBK

Christopher Raymond Long                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2
Date Rcvd: Jun 14, 2024    Form ID: plncf13   Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol        Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher Raymond Long, 435 19th Ave, Brick, NJ 08724-2639 |
| 519857806 | | 05 Retro Fitness Wall Ocean, 43 County Road 537, Colts Neck, NJ 07722 |
| 519857812 | + | HSBC Card Services,, Dept 922, PO Box 4115, Concord, CA 94524-4115 |
| 519857818 | | Randi Zupko, 2199 Christine Ct, Point Pleasant Beach, NJ 08742-5115 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2024 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2024 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519857808 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2024 21:01:30 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519857809 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2024 21:01:34 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519857810 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2024 21:01:46 | Citibank, NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 519857811 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2024 21:01:39 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519857807 | | Email/Text: consumers@fcsbpo.com | Jun 14 2024 20:56:00 | 1st Crd Srvc, 9 Wills Way, Piscataway, NJ 08854-3770 |
| 519857813 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2024 21:02:01 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519915269 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 21:01:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519857814 | | Email/Text: camanagement@mtb.com | Jun 14 2024 20:57:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519857815 | | Email/Text: camanagement@mtb.com | Jun 14 2024 20:57:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 519885157 | | Email/Text: camanagement@mtb.com | Jun 14 2024 20:57:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519857816 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2024 20:57:00 | Midland Funding, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519943439 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 14 2024 20:56:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519901648 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0312-3  User: admin  Page 2 of 2
Date Rcvd: Jun 14, 2024  Form ID: plncf13  Total Noticed: 22

|  |  | Jun 14 2024 21:01:56 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
|---|---|---|---|
| 519857817 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 21:01:57 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519857819 | Email/Text: bnc-thebureaus@quantum3group.com | Jun 14 2024 20:57:00 | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 519908885 | + Email/PDF: ebn_ais@aisinfo.com | Jun 14 2024 21:01:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Christopher Raymond Long marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4