| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-11930 / MEH**

Christopher Raymond Long

Petition Filed Date: 03/09/2023
341 Hearing Date: 04/20/2023
Confirmation Date: 06/12/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $3,500.00 | 578501 | 02/02/2024 | $350.00 | 96124640 | 03/04/2024 | $350.00 | 96627560 |
| 04/02/2024 | $350.00 | 97148420 | 05/03/2024 | $1,750.00 | 97672370 | 06/03/2024 | $1,750.00 | 98144200 |
| 07/03/2024 | $1,886.00 | 98637340 | 08/01/2024 | $1,886.00 | 99076430 | 09/03/2024 | $1,886.00 | 99585080 |
| 10/03/2024 | $1,886.00 | 10010008 | 11/12/2024 | $1,886.00 | 10069740 | 12/10/2024 | $1,886.00 | 10112239 |

**Total Receipts for the Period: $19,366.00    Amount Refunded to Debtor Since Filing: $1,948.80    Total Receipts Since Filing: $23,352.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher Raymond Long | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | M&T BANK<br>»» P/435 19TH AVE/1ST MTG/ORDER 6/1/23 | Mortgage Arrears | $62,820.05 | $1,112.04 | $61,708.01 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,930.34 | $0.00 | $2,930.34 |
| 3 | Verizon by American InfoSource as Agent | Unsecured Creditors | $61.28 | $0.00 | $61.28 |
| 4 | LVNV FUNDING LLC<br>»» SHERMAN ACQUISITIONS II LP | Unsecured Creditors | $1,365.25 | $0.00 | $1,365.25 |
| 5 | Randi Zupko | Support Arrears | $13,421.88 | $13,421.88 | $0.00 |
| 6 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS ADM CLAIMS | Unsecured Creditors | $474.39 | $0.00 | $474.39 |
| 0 | Christopher Raymond Long | Debtor Refund | $1,948.80 | $1,948.80 | $0.00 |
| 7 | M&T BANK<br>»» 435 19TH AVE/ATTY FEES 4/25/24 | Mortgage Arrears | $599.00 | $599.00 | $0.00 |

**Chapter 13 Case No. 23-11930 / MEH**

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,352.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $18,331.72 | Current Monthly Payment: | $1,886.00 |
| Paid to Trustee: | $1,568.90 | Arrearages: | $136.00 |
| Funds on Hand: | $3,451.38 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

