UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
984 ROUTE 166 SUITE 6
TOMS RIVER, NJ 08754
732-822-4600

In Re:

CHRISTOPHER RAYMONDLONG

Case No.:       23-11930

Judge:          MEH

Chapter:        13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____,
    creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____M and T Bank_____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ _____4300_____, but have not been accounted for.  Documentation in support is attached.

☐   Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒   Other **(explain your answer)**:
I sent check number 647 in the amount of $4300 to M and T on April 12th before the instant filing. That check has not yet cleared my account. If in the final accounting if I am behind $233.60, I will submit it immediately with the May payment. There is a seasonal element to my work. I would like access to pay this electronically.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 04/21/2025                              /s/Christopher Long
                                              Debtor's Signature

Date: _____                        _____
                                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*