Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23–11930–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christopher Raymond Long
435 19th Ave
Brick, NJ 08724–2639

Social Security No.:
xxx–xx–5251

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/7/25 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Richard Abel on behalf of M&T BANK. Objection deadline is 04/30/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Abel, Richard)

Dated: 4/21/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court