Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-11930 / MEH**

Christopher Raymond Long

Petition Filed Date: 03/09/2023
341 Hearing Date: 04/20/2023
Confirmation Date: 06/12/2024

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2025 | $1,886.00 | 10149672 | 02/05/2025 | $1,886.00 | 10191268 | 04/04/2025 | $3,800.00 | I135GS7P8W-( |
| 06/09/2025 | $8,904.78 | I19MLRM8GR- | 07/09/2025 | $4,500.00 | I1D3LWGR9J-F | 08/09/2025 | $4,500.00 | I1P3FD74HJ-P |
| 09/16/2025 | $4,500.00 | I1NPFCDLVP-F | 10/10/2025 | $4,500.00 | I123FJ297D-PI | 11/12/2025 | $4,500.00 | I11XS2Q44H-P |
| 12/19/2025 | $4,500.00 | I188SQ7CFK-F | 01/20/2026 | $4,500.00 | I85LCWRS9Q- | | | |

**Total Receipts for the Period:  $47,976.78    Amount Refunded to Debtor Since Filing:  $1,948.80    Total Receipts Since Filing: $69,442.78**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher Raymond Long | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | M&T BANK<br>»» P/435 19TH AVE/1ST MTG/ORDER 6/1/23 | Mortgage Arrears | $62,820.05 | $20,381.94 | $42,438.11 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,930.34 | $0.00 | $2,930.34 |
| 3 | Verizon by American InfoSource as Agent | Unsecured Creditors | $61.28 | $0.00 | $61.28 |
| 4 | LVNV FUNDING LLC<br>»» SHERMAN ACQUISITIONS II LP | Unsecured Creditors | $1,365.25 | $0.00 | $1,365.25 |
| 5 | Randi Zupko | Support Arrears | $13,421.88 | $13,421.88 | $0.00 |
| 6 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS ADM CLAIMS | Unsecured Creditors | $474.39 | $0.00 | $474.39 |
| 0 | Christopher Raymond Long | Debtor Refund | $1,948.80 | $1,948.80 | $0.00 |
| 7 | M&T BANK<br>»» 435 19TH AVE/ATTY FEES 4/25/24 | Mortgage Arrears | $599.00 | $599.00 | $0.00 |
| 8 | M&T BANK<br>»» P/435 19TH AVE/REG. MTG. PMTS. /ORDER 5/28/25 | Ongoing Mortgage | $0.00 | $15,416.73 | $0.00 |
| 9 | M&T BANK<br>»» P/435 19TH AVE/POST-PET ARREARS ORDER 5/28/25 | Mortgage Arrears | $8,881.26 | $2,214.03 | $6,667.23 |
| 10 | M&T BANK<br>»» P/435 19TH AVE/ATTY FEES ORDER 5/28/25 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**Chapter 13 Case No. 23-11930 / MEH**

| 11 | M&T BANK | Mortgage Arrears | $4,404.78 | $4,404.78 | $0.00 |
|----|----------|------------------|-----------|-----------|-------|
|    | »» P/435 19TH AVE/GAP PAYMENTS ORDER 5/28/25 | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,442.78 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $59,987.16 | Current Monthly Payment: | $4,500.00 |
| Paid to Trustee: | $5,288.62 | Arrearages: | $95.22 |
| Funds on Hand: | $4,167.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

